INDEX #: 20180-07
Date Filed: August 31, 2007

**STATE OF NEW YORK      COUNTY OF BRONX**
**SUPREME COURT**
**DISTRICT:**

ATTORNEY(S): : LINDA STRUMPF   PH: 212-566-6800
ADDRESS: 111 JOHN STREET  NEW YORK  NY 10038 File No.: 65140

*ANTHONY SPINALE*

vs

*LINDSAY MITCHELL, ET ANO.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

ASSMET ABDERRAHMAN, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Wednesday, September 5, 2007** at **2:18 PM**, at 465 ROW C NYC TERMINAL MARKET, Bronx, NY 10474, deponent served the within Summons and Complaint

on: LINDSAY MITCHELL C/O USDA - AMS - F&V - HUNTS POINT OFFICE, Defendant therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [ ] By delivering thereat a true copy of each to _____ personally, deponent knew said _____ so served to be the _____ described in same as said recipient and knew said individual to be the managing/authorized agent of the _____, and said person stated that he/she was authorized to accept service on behalf of the _____.

**#3 SUITABLE AGE PERSON/ PARTNERSHIP** [X] By delivering a true copy of each to JERRY "SMITH", CO-WORKER, a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on _____ at _____
on _____ at _____
on _____ at _____
on _____ at _____
Address confirmed by _____, _____

**#5 MAIL COPY** [X] On **September 13, 2007**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESC.** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: Male   Color of skin: White   Color of hair: Gray   Age: 51-65 Yrs   Height: 5' 9 - 6' 0"
Weight: 161 - 200 Lbs   Other Features: GLASSES

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** [X] Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER** [ ]

Sworn to before me on September 13, 2007

DAVID B WARSHALL
NOTARY PUBLIC, State of New York
No. 01WA6115526, Qualified in Nassau County
Term Expires September 07, 2008

ASSMET ABDERRAHMAN
Server's Lic # 1115274
Invoice·Work Order # 68613

RECEIVED 07 SEP 17 PM 2:09 COUNTY CLERK BRONX COUNTY

65140

INDEX #: 20180-07
Date Filed: August 31, 2007

**STATE OF NEW YORK   COUNTY OF BRONX**
**SUPREME COURT**
**DISTRICT:**

ATTORNEY(S): LINDA STRUMPF   PH: 212-566-6800
ADDRESS: 111 JOHN STREET NEW YORK NY 10038   File No.: 65140

*ANTHONY SPINALE*

vs

*LINDSAY MITCHELL, ET ANO.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

ASSMET ABDERRAHMAN, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Wednesday, September 5, 2007** at **2:18 PM**, at 465 ROW C NYC TERMINAL MARKET, Bronx, NY 10474, deponent served the within Summons and Complaint

on: **DANIEL FAVALE C/O USDA - AMS - F&V - HUNTS POINT OFFICE**, Defendant therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. ☐

**#2 CORP.** By delivering thereat a true copy of each to _____ personally, deponent knew said _____ so served to be the _____ described in same as said recipient and knew said individual to be the managing/authorized agent of the _____, and said person stated that he/she was authorized to accept service on behalf of the _____. ☐

**#3 SUITABLE AGE PERSON/ PARTNERSHIP** By delivering a true copy of each to **JERRY "SMITH"**, **CO-WORKER**, a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [X] dwelling house (usual place of abode) within the state. [X]

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actual place of business   [ ] dwelling house (place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat ☐

on _____ at _____
on _____ at _____
on _____ at _____
on _____ at _____

Address confirmed by _____, _____

**#5 MAIL COPY** On **September 13, 2007**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. [X]

**#6 DESC.** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male   Color of skin: White   Color of hair: Gray   Age: 51-65 Yrs   Height: 5' 9 - 6' 0"
Weight: 161 - 200 Lbs   Other Features: GLASSES
(use with #1, 2 or 3) [X]

**#7 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient. ☐

**#8 MIL. SRVC** Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service. [X]

**#9 OTHER** ☐

Sworn to before me on September 13, 2007

DAVID B WARSHALL
NOTARY PUBLIC, State of New York
No. 01WA6115526, Qualified in Nassau County
Term Expires September 07, 2008

ASSMET ABDERRAHMAN
Server's Lic # 1115274
Invoice·Work Order # 68614

65140

*[Stamp: RECEIVED 07 SEP 17 PM 2:09 COUNTY CLERK BRONX COUNTY]*

| | |
|---|---|
| STATE OF NEW YORK    COUNTY OF BRONX<br>SUPREME COURT<br>DISTRICT: | INDEX #: 20180-07<br>Date Filed: August 31, 2007 |

ATTORNEY(S): LINDA STRUMPF    PH: 212-566-6800
ADDRESS: 111 JOHN STREET NEW YORK NY 10038 File No.: 65140

*ANTHONY SPINALE*

vs

*LINDSAY MITCHELL, ET ANO.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:    **AFFIDAVIT OF SERVICE**

ASSMET ABDERRAHMAN, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Wednesday, September 5, 2007** at **2:18 PM**, at 465 ROW C NYC TERMINAL MARKET, Bronx, NY 10474, deponent served the within Summons and Complaint

on: **LINDSAY MITCHELL C/O USDA - AMS - F&V - HUNTS POINT OFFICE**, Defendant therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP. ☐ By delivering thereat a true copy of each to _____ personally, deponent knew said so served to be the _____ described in same as said recipient and knew said individual to be the managing/authorized agent of the _____, and said person stated that he/she was authorized to accept service on behalf of the _____.

#3 SUITABLE AGE PERSON/ PARTNERSHIP [X] By delivering a true copy of each to **JERRY "SMITH"**, **CO-WORKER**, a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on _____ at _____
on _____ at _____
on _____ at _____
on _____ at _____

Address confirmed by _____, _____

#5 MAIL COPY [X] On **September 13, 2007**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESC. [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)    Sex: Male    Color of skin: White    Color of hair: Gray    Age: 51-65 Yrs    Height: 5' 9 - 6' 0"
Weight: 161 - 200 Lbs    Other Features: GLASSES

#7 WIT. FEES    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MIL. SRVC [X] Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

#9 OTHER ☐

Sworn to before me on September 13, 2007

DAVID B WARSHALL
NOTARY PUBLIC, State of New York
No. 01WA6115526, Qualified in Nassau County
Term Expires September 07, 2008

ASSMET ABDERRAHMAN
Server's Lic # 1115274
Invoice·Work Order # 68613

RECEIVED 07 SEP 17 PM 2:09 COUNTY CLERK BRONX COUNTY

65140