

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 13, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

**VIA HAND DELIVERY**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St., Room 640
New York, NY 10007

    Re:    <u>Spinale v. Mitchell</u>
           07 Civ. 8760 (CM)

Dear Judge McMahon:

    This Office appears on behalf of Defendants Lindsay Mitchell and Daniel Favale, Inspectors with the United States Department of Agriculture, in the above-referenced action. The Government has been in contact with Plaintiff's counsel regarding the claims alleged in this action, which the Government believes raise similar legal issues already decided in *Spinale v. United States Department of Agriculture*, No. 05 Civ. 9294 (KMW), 2007 WL 747803 (S.D.N.Y. March 8, 2007). Plaintiff's counsel is considering withdrawing the current action, but would like until December 15, 2007, to discuss the matter with her client and to discuss a possible resolution with the Government without the need for further litigation.

    The Government therefore requests an extension of its time to respond to the Complaint until December 15, 2007. This is the Government's second request for an extension. Plaintiff's counsel has no objection to the request, and, in fact, requests until December 15, 2007, to accommodate scheduling conflicts with other cases.

    I thank the Court for its consideration of this request.

                                  Respectfully,

                                  MICHAEL J. GARCIA
                                  United States Attorney
                                  Southern District of New York

                By:    _____
                          CAROLINA A. FORNOS
                          Assistant United States Attorney
                          Tel.: (212) 637-2740
                          Fax : (212) 637-2702

**Via Facsimile (212-566-6808) and First Class Mail**

cc:    Linda Strumpf, Esq.
       Lauren E. Moss, Of Counsel
       2 West Road
       South Salem, NY 10590