UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY SPINALE,

       Plaintiff,

       v.

THE UNITED STATES OF AMERICA[1],

       Defendant.

ECF

**STIPULATION
AND ORDER OF DISMISSAL**

07 Civ. 8760 (CM)(RLE)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

for the parties, that the above-captioned action be, and hereby is, dismissed without prejudice and

without costs or attorneys' fees to any party.

Dated: New York, New York
      December 24, 2007

LINDA STRUMPF, ESQ.


By: LINDA STRUMPF
    Attorneys for Plaintiff
    2 West Road
    South Salem, NY 10590
    Tel. (212) 566-6800
    Fax: (212) 566-6808
    *Attorney for Plaintiff*

MICHAEL J. GARCIA
United States Attorney
Southern District of New York


By: CAROLINA A. FORNOS
    Assistant United States Attorney
    86 Chambers Street
    New York, New York 10007
    Tel.: (212) 637-2740
    Fax: (212) 637-2702
    *Attorneys for Defendant*

SO ORDERED:


HON. COLLEEN McMAHON
United States District Judge
    1/9/2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

[1] The United States has been substituted as a party for Lindsay Mitchell and Daniel
Favale pursuant to 28 U.S.C. § 2679(b)(1), and in accordance with the Court's grant of a request
to substitute the United States on December 14, 2007, during the parties' pre-trial conference.